UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VIASTAR ENERGY, LLC, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|     vs. | ) CAUSE NO. 1:05-cv-1095-DFH-WTL |
| | ) |
| MOTOROLA, INC., | ) |
| | ) |
|   Defendant. | ) |

### ENTRY REGARDING MOTIONS TO SEAL

This cause is before the Court on the defendant's Motion to File Motion for Partial Summary Judgment with Attached Exhibits Under Seal and the plaintiff's Motion to File Memorandum of Law in Opposition to Partial Summary Judgment Under Seal. The Court has examined the documents that the parties wish to keep under seal and determined that the following contain proprietary information such that they are properly sealed: Exhibits A-1, A-2, A-3, B, and D[1] to docket number 118. Therefore, the defendant's motion to seal is **GRANTED** as to those exhibits, and those exhibits shall remain under seal. The parties motions to seal are **DENIED** as to the following documents, inasmuch as they clearly do not contain proprietary or other confidential information:

    1.    Exhibit E to docket number 118: This document–plaintiff's witness and exhibit list–already has been filed, unsealed, as docket number 101. It was unnecessary to file it again (see footnote 1), and it contains nothing that would justify it being

---

[1] The Court notes that many of these exhibits consist of documents that are already contained in the record (under seal) and therefore should not have been attached as exhibits to the motion for partial summary judgment, but rather just referred to by docket number. *See* Local Rule 56.1 (motions for summary judgment should be supported by "admissible evidence *either* already in the record *or* contained in an appendix to the brief) (emphasis added).

      filed under seal.

2.     Docket number 120: This is the plaintiff's response to the motion for partial summary judgment, which contains purely legal arguments.

3.     Docket number 122: This is a federal court opinion printed from LEXIS that should not have been filed at all absent a request from the Court, *see* Local Rule 7.1(b), and certainly should not have been filed under seal.

**These documents shall be unsealed by the Clerk.** Finally, the defendant's motion to seal is **taken under advisement** as to document number 118 (defendant's motion for partial summary judgment) and exhibit C thereto. Most, if not all, of those two documents clearly should not be maintained under seal; however, the Court will give the parties the opportunity to demonstrate that is was appropriate to file portions of them under seal. Accordingly, **within 10 days of the date of this Entry**, the parties shall confer regarding which portions, if any, of the two documents should remain sealed, and shall do one of the following: (1) if the parties agree that the documents should be unsealed in their entirety, they shall file a notice to that effect; (2) if the parties are able to agree that certain portions of the documents shall remain under seal, the defendant shall file redacted versions of the documents along with a notice explaining the justification for the redactions; *see Hicklin Engineering, L.C. v. Bartell,* 439 F.3d 346, 348 (7th Cir. 2006) (condoning the filing of "parallel" versions of briefs, one sealed and one with confidential information redacted); or (3) if the parties are unable to agree, they shall file a notice to that effect and be prepared to explain their positions at the status conference scheduled for June 23, 2006.

      SO ORDERED:   06/06/2006

*William T. Lawrence*
Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to:

Darren Andrew Craig
LOCKE REYNOLDS LLP
dcraig@locke.com

Michael Dockterman
WILDMAN HARROLD ALLEN & DIXON LLP
dockterman@wildmanharrold.com

Mark L. Durbin
WILDMAN HARROLD ALLEN & DIXON LLP
durbin@wildmanharrold.com

Michael H. Gottschlich
BARNES & THORNBURG LLP
mgottsch@btlaw.com

Velisha L. Haddox
WILDMAN HARROLD ALLEN & DIXON LLP
haddox@wildmanharrold.com

Gabriel Adam Hawkins
PRICE WAICUKAUSKI RILEY & DEBROTA
ghawkins@price-law.com

Howard E. Kochell
BARNES & THORNBURG LLP
hkochell@btlaw.com

Irwin B. Levin
COHEN & MALAD LLP
ilevin@cohenandmalad.com

Larry A. Mackey
BARNES & THORNBURG LLP
larry.mackey@btlaw.com

Patricia Polis McCrory
LOCKE REYNOLDS LLP
pmccrory@locke.com

Eric S. Pavlack
COHEN & MALAD LLP
epavlack@cohenandmalad.com

Henry J. Price
PRICE WAICUKAUSKI RILEY & DEBROTA
hprice@price-law.com

Richard E. Shevitz
COHEN & MALAD LLP
rshevitz@cohenandmalad.com

Martin Dockery Snyder
WILDMAN HARROLD ALLEN & DIXON LLP
snyderm@wildmanharrold.com

Ronald J. Waicukauski
PRICE WAICUKAUSKI RILEY & DEBROTA
rwaicukauski@price-law.com